OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

02 1M
0004279596
MAILED FROM ZIPCODE 78701

$ 00.26⁵

APR 23 2015

4/22/2015
CALHOUN, DEAN EDWARD    Tr. Ct. No. CR2010-216-3    WR-82,240-
The Court has dismissed your application for a writ of habeas corpus witho
written order; on the date the application was filed, community supervision had not
been revoked. TEX. CODE CRIM. PROC. Art. 11.07, Sec. 1, 3(a)-(b).

Abel Acosta, Clerk

DEAN EDWARD CALHOUN
COMAL COUNTY JAIL #563762
3005 W. SAN ANTONIO ST.
NEW BRAUNFELS, TX  78130



NO LONGER INCARCERATED
IN COMAL COUNTY JAIL

1EBN3B  78130